January 21, 2011

Ms. Michelle Mei-Hsue Cheng
Whitehurst Harkness Brees
Cheng & Imhoff, PC.
5113 Southwest Parkway, Ste. 150
Austin, TX 78735
Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

RE: Case Number: 09-0544
 Court of Appeals Number: 04-08-00379-CV
 Trial Court Number: 2005-Ci-14669

Style: JEREMY MOLINET
 v.
 PATRICK KIMBRELL, M.D. AND JOHN HORAN, M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Carl Dawson |
| |Mr. David M. Adkisson |
| |Mr. Richard John Kasson|
| | |
| |Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |
| |Mr. D. Michael Wallach |
| |Ms. Rosemarie Kanusky |